UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | NO: SA:18-CR-00525(1)-OLG |
| (1) LEO EDWARD FERNANDEZ | § § | |

## ORDER RESETTING SENTENCING

In light of the current Presidentially declared national emergency due to COVID-19 and considering the exigent circumstances orders entered by Chief Judge Orlando L. Garcia. In fact, considering the severity to those who would otherwise be required to work in close quarters absent a continuance, and the public-health matters that weigh in favor of reducing the size of public gatherings and travel, the Court finds that the best interests of the public are served by continuing this matter.

**IT IS THEREFORE ORDERED** that the above entitled and numbered case is reset for **SENTENCING** in Courtroom 1, on the First Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Thursday, July 09, 2020 at 10:30 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 4th day of May, 2020.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE

\*\*\* The defendant would like to appear in person before this Honorable Court.\*\*\*