**FILED**
August 23, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ JU
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| USA | § | |
|---|---|---|
| | § | CRIMINAL NO: |
| vs. | § | SA:18-CR-00525(1)-OLG |
| | § | |
| (1) LEO EDWARD FERNANDEZ | § | |

## ORDER RESETTING SENTENCING - IN PERSON

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING - IN PERSON** in Courtroom 1, on the First Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Thursday, September 02, 2021 at 09:30 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 23rd day of August, 2021.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE

\*\*\*To reflect change in time only.
\*\*\*Sentencing will be held in-person unless otherwise requested by counsel.