UNITED STATES DISTRICT COURT
SOUTH TEXAS REGION

UNITED STATES OF AMERICA

V.                                    NO. 5:18-CR-00525-001

LEO FERNANDEZ

When I was sentenced in your courtroom in September of 2021 in the case referenced above, I request my appointed counsel, Alan Brow, to promptly file my notice of appeal with this court. Since the time of sentencing, I have been in-transit for most of the last five (5) months. Please use this letter as my official notice of appeal for case number 5:18-CR-00525-001 as a pro-se applicant. I will initiate work on my direct appeal upon notification that the court has received this notice.

1

Respectfully Submitted,

*[signature: Leo]*

Leo Fernandez (14694-480)
FCC-Beaumont-Low
PO Box 26020
Beaumont, Texas 77720

2

Fernandez-Leo (14694-480)
FCC-Beaumont-Low
PO Box 26020
Beaumont, Texas 77720

RECEIVED
FEB 8 2022
CLERK, U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

NORTH HOUSTON TX 773
25 JAN 2022 PM 3 L

United States District Court

DIST6555 782064238-1C21 02/02/22
NOTIFY SENDER OF NEW ADDRESS
1 DISTRICT COURT DIVISIONAL OFC
262 W NUEVA
SAN ANTONIO TX 78207-4514