UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**FILED**
APR 04 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA,

vs

LEO EDWARD FERNANDEZ,

*Defendant*

Case Number: **5:18-CR-00525-1-OLG**

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Steven Edward Gilmore , is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.
It is so **ORDERED** this 4th day of April, 2022.

_____
Richard Farrer
U.S. Magistrate Judge